IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MYRA G. FORREST, : CIVIL ACTION
:
    Plaintiff, : NO. 09-3014
:
v. :
:
OWEN J. ROBERTS SCHOOL :
DISTRICT, et al. :
:
    Defendants. :

## ORDER

**AND NOW, this 31st day of March, 2011, IT IS ORDERED that:**

1. Defendants' Motion to Dismiss the Second Amended Complaint (Docket No. 36) is:

   a. **GRANTED WITH PREJUDICE** as to Counts Three, Four, Eight, and Nine. The Court finds amendment of these claims would be futile.

   b. **GRANTED WITHOUT PREJUDICE** as to Count Five. Leave is granted to amend regarding Count Five.

   c. **DENIED** as to Counts One, Two, Six, Seven, Ten (as to defamation only), and Eleven.

2. Plaintiff shall file an amended complaint within fifteen (15) days of the date of this Order. The amended complaint shall eliminate dismissed claims. Plaintiff may supplement and re-plead only as to Count Five.

3. Defendant shall answer or otherwise plead in response to the amended complaint no later than <u>May 11, 2011</u>.

4. The court will schedule a teleconference after May 11, 2011. In the interim, if the parties wish to begin settlement discussions with the assistance of a U.S. Magistrate Judge, they may advise the Court by joint letter.

        **BY THE COURT:**

        **/s/ C. Darnell Jones II**
        _____
        **C. DARNELL JONES, II, U.S.D.J.**